UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-CR-175 |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL |
| PAIGE HOWLING WOLF, | |
| Defendant. | |

_____

Comes now Edward Werner, Assistant Federal Public Defender, and moves this Honorable Court for its Order permitting him, on behalf of the Office of the Federal Public Defender, District of North Dakota, to withdraw as counsel for Defendant herein, having been appointed on October 21, 2020.

It has become clear that there is a direct conflict with another client in our office. Due to this obvious conflict, the undersigned must withdraw.

WHEREFORE, the undersigned asks that he be permitted to withdraw as counsel for Defendant

Dated this 21st day of January, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Edward Werner*
Edward Werner
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org