UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Paige Howling Wolf,<br><br>   Defendant. | **MOTION FOR CONTINUANCE**<br><br>Criminal Case: 1:20-cr-175 |

[1.] Defendant, Paige Howling Wolf, by and through defendant's undersigned counsel move the Court for an Order continuing trial in this matter which is currently scheduled for May 17, 2021 at 9:00 a.m. Ms. Howling Wolf requests that the Court continue the trail for a date after July 1, 2021 in order to allow defense counsel to continue his review of discovery and adequately advise his client.

Dated this 27th day of April, 2021.

            **JACKSON, THOMASON, WELDER**
             **& ARTHURS, INC.**
            Attorney for Defendant
            400 E. Broadway Ave. Suite 51
            Bismarck, ND 58501
            Phone:  701-751-4847
            Fax:  701-751-4845
            Email:  thomas@bismanlaw.com


            */s/Thomas M. Jackson*
            **By: Thomas M. Jackson** (NDID 05947)