## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-2171

United States of America

Appellee

v.

Paige Howling Wolf

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:20-cr-00175-DLH-1)

---

**MANDATE**

In accordance with the judgment of 06/23/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 23, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit